BERNARD FLAHERTY, Respondent, v. NICK F. HELMERS, INC., et al., Appellants.

Supreme Court, Appellate Term, First Department, May 16, 1944.

*Emil V. Pilz* for appellants.

*Samuel Schacter* and *George Dines* for respondent.

Judgment affirmed, with twenty-five dollars costs, and respondent allowed twenty-five dollars attorney's fee.

Concur: HAMMER and HECHT, JJ. Dissenting: EDER, J.

EDER, J. (dissenting). I dissent upon the ground that in the circumstances shown appellants were not engaged in " commerce ".